# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, in the City of New York, on the 14th day of August, two thousand and fourteen,

_____

Antares Management LLC

    v.

Galt Global Capital, Inc.

_____

**ORDER**
Docket Number: 14-2222

The Court's Order directing a Pre-Argument Conference with Circuit Mediator **Lisa Greenberg**, on August 20, 2014 , is hereby VACATED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

